KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVABN 0722)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066

Attorneys for Plaintiff

\*\*E-filed 1/11/06\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SERGIO ENRIQUE FERREY-GOMEZ,<br><br>    Defendant. | No. CR 05-00722-JF |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PONG LIN LIU, ET AL,<br><br>    Defendants. | No. CR 05-00723-JW |

**STIPULATION REGARDING NOTICE OF RELATED CASES AND VENUE OF CASE**

      IT IS HEREBY STIPULATED between the parties that the United States agrees to withdraw the Notice of Related Cases in a Criminal Action and [Proposed] Order it filed on January 3, 2006 in the above-entitled cases and the defendant Sergio Enrique Ferrey-

1 | Gomez agrees that he will not file a motion to transfer venue of Case No. CR 05-00722-JF from
2 | the San Jose Division to the San Francisco Division of this Court.

4 | It is so stipulated.

Dated: 1-9-06

/S/
_____
JOHN N. GLANG
Assistant United States Attorney

It is so stipulated:

Dated: __1-9-06_____

_____/S/_____
GARRICK S. LEW
Attorney for Sergio Enrique Ferrey-Gomez

1/11/06

**IT IS SO ORDERED**
Judge Jeremy Fogel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING NOTICE OF RELATED CASES AND VENUE OF CASE
2