PROPOSED ORDER/COVER SHEET

**TO:** Honorable Richard Seeborg  
U.S. Magistrate Judge

**RE:** SERGIO FERREY-GOMEZ

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR05-00722 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

JAIME A. CARRANZA  
U.S. Pretrial Services Officer

408-535-5226  
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

FILED  
JAN 23 2006  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**X** Modification(s)

A. The defendant shall not possess any firearm, destructive device or other dangerous weapon.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  
JUDICIAL OFFICER

1/23/06  
DATE

Cover Sheet (12/03/02)