GARRICK S. LEW (State Bar No. 61889)
MATTHEW A. SIROKA (State Bar No. 233050)
MINAMI, LEW & TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

Attorneys for Defendant
SERGIO ENRIQUE FERREY-GOMEZ

**Filed**
FEB 02 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
JAN 31 2006
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00722-JF |
| Plaintiff, | EX PARTE REQUEST FOR TRAVEL ORDER |
| vs. | |
| SERGIO ENRIQUE FERREY-GOMEZ, | |
| Defendant. | |

BY FAX

DEFENDANT SERGIO ENRIQUE FERREY-GOMEZ requests permission of the Court to travel to Reno, Nevada on February 3-5 and February 11-12 of this year. Mr. Ferrey-Gomez seeks to vacation with his girlfriend on those dates. Mr. Ferrey-Gomez is a United States citizen and his release is secured by a $100,000 property bond. Defendant's pretrial release conditions only permit travel within the Northern District of California.

DATED: January 27, 2006.

Respectfully submitted,

GARRICK S. LEW
Attorney for Defendant
Sergio Enrique Ferrey-Gomez

1

## ORDER

Based on the above, good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in Reno, Nevada from February 3-5, 2006 and February 11-12, 2006.

DATED: 2/1, 2006

Magistrate Judge, U.S. District Court