UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGIO ENRIQUE FERREY-GOMEZ,<br><br>    Defendant. | CR 05-00722-JF<br><br>ORDER PERMITTING INTERNATIONAL TRAVEL |

On February 15, 2006, defendant SERGIO ENRIQUE FERREY-GOMEZ came before the Court seeking an order permitting him to travel to and remain in the Republic of Nicaragua for business purposes. Good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the Republic of Nicaragua through no later than April 1, 2006 on the following conditions:

(1) defendant is to deposit with the Court additional bail in the amount of $200,000 secured by real property;

(2) defendant is to deliver an itinerary to his Pretrial Services Officer;

(3) defendant is to call and check in with his Pretrial Services Officer once per week;

(4) upon his return, defendant must once again surrender his U.S. passport.

DATED: 2/24/, 2006

Honorable Richard Seeborg
Magistrate Judge, U.S. District Court

1