UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SERGIO ENRIQUE FERREY-GOMEZ,<br><br>　　　　　　Defendant. | CR 05-00722-JF<br><br>ORDER RELEASING DEFENDANT'S PASSPORT |

The Court previously approved defendant's request for an order allowing him to travel to the Republic of Nicaragua on condition that he deposit an additional $200,000 in bail. Defendant has complied with those conditions and therefore, good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ's passport be released to defendant, his attorney or his designee. Upon his return to the United States, defendant must once again surrender his passport to his pretrial services officer.

DATED: 2/24/, 2006

　　　　　　　　　　　　　　　　　　　　　　　Honorable Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, U.S. District Court

1