1  GARRICK S. LEW (State Bar No. 61889)
   LAW OFFICE OF GARRICK S. LEW
2  600 Townsend Street Suite 329 E
   San Francisco, CA 94103
3  Telephone: (415) 575-3588
   Facsimile:  (415) 522-1506
4
   Attorney for Defendant
5  SERGIO ENRIQUE FERREY-GOMEZ

**FILED**

MAR 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 05-00722-JF |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION FOR MODIFICATION OF INTERNATIONAL TRAVEL ORDER |
| vs. | ) |
| SERGIO ENRIQUE FERREY-GOMEZ, | ) |
| Defendant. | ) |

The Court previously entered an order allowing defendant SERGIO ENRIQUE FERREY-GOMEZ permitting him to leave the United States to attend to his family business operations in Nicaragua. Mr. Ferrey-Gomez is charged in a one-count indictment with making a false statement to the Drug Enforcement Administration in violation of Title 18 U.S.C. section 1001(a)(2). Mr. Ferrey-Gomez is a United States citizen and his release is secured by a $100,000 property bond. Shortly after his arrest, the Court permitted Mr. Ferrey-Gomez to fly to Los Angeles to embark on a pre-planned, week-long international cruise. Since his return, Mr. Ferrey-Gomez has diligently complied with all pre-trial conditions of release.

Mr. Ferrey-Gomez has owned and operated La Rubia Coffee Plantation since inheriting it from his parents in 2001. Mr. Ferrey-Gomez is directly involved in the operations of the business and regularly travels to Nicaragua to conduct his business. His personal presence is necessary in order to supervise the harvest of the coffee beans, negotiate and coordinate the sale of the harvested beans,

1

purchase supplies and materials for ongoing operations and manage personnel issues.

While in Nicaragua, Mr. Ferrey-Gomez's business problems have multiplied. In addition to the above mentioned difficulties, Mr. Ferrey-Gomez was served with a lawsuit from a Nicaraguan court related to his coffee business. A copy of the lawsuit is attached as Exhibit A to the Declaration of Garrick Lew. This unfortunate circumstance has increased the time Mr. Ferrey-Gomez requires to attend to his business matters in Nicaragua. The parties have agreed to continue a pending case status hearing until May 3, 2006, and thus there are no pending court dates that require Mr. Ferrey-Gomez's presence.

Counsel has spoken with AUSA Glang who has expressed no opposition to this extension of Mr. Ferrey-Gomez's stay. Mr. Ferrey-Gomez has already posted an additional $100,000 bond prior to his departure. Mr. Ferrey-Gomez owns property in San Francisco and has close family and personal ties to the area. Mr. Ferrey-Gomez poses no flight risk. For the above reasons, defendant respectfully requests the Court modify its previous order and allow Mr. Ferrey-Gomez to remain in Nicaragua until April 24, 2006.

DATED: March 27, 2006

        Respectfully submitted,

        LAW OFFICE OF GARRICK S. LEW

        _____/s/_____
        GARRICK S. LEW
        Attorney for Defendant SERGIO ENRIQUE FERREY-GOMEZ

### ORDER

Based on the above, good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the Republic of Nicaragua through no later than April 24, 2006.

DATED: 3/29, 2006

        Honorable Richard Seeborg
        Magistrate Judge, U.S. District Court