GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

**E-filed 3/30/06**

Attorneys for Defendant
SERGIO ENRIQUE FERREY-GOMEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SERGIO ENRIQUE FERREY-GOMEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 05-00722-JF <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161** |

The United States, through its counsel John Glang, and defendant Sergio Enrique Ferrey-Gomez, through his counsel Garrick S. Lew, hereby agree and stipulate to continue the hearing in this case scheduled for April 5, 2006, 9:00 a.m. to the new date of May 3, 2006, at 9:00 a.m. for case status and motion setting. The parties further stipulate that the Court may exclude the period of time from April 5, 2006 through and including May 3, 2006 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

The parties have spoken and agreed and request that the Court vacate the April 5, 2006 case status hearing and continue defendant's hearing to May 3, 2006, at 9:00 a.m. for case status.

SO STIPULATED.

March 28, 2006

                                                     /s/
                                      GARRICK LEW
                                      Counsel for Sergio Enrique Ferrey-Gomez

March 29, 2006

                          /s/
                 JOHN GLANG
                 Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for April 5, 2006, at 9:00 a.m. be vacated and that the parties appear on May 3, 2006 at 9:00 a.m. for the status hearing in this case.

Pursuant to Title 18, United States Code, section 3161(h) the Court excludes the period of time from April 5, 2006 through and including May 3, 2006 from the computation of the period of time within which the trial must commence. The Court FINDS that the ends of justice served by the delay outweigh the best interest of public and the defendants in a speedy trial. The Court bases this finding on the need to afford defense counsel additional time to review discovery including the anticipated receipt of significant quantities of wire tap recordings and related documents as well as the defense's need to analyze forensic data and prepare to file pretrial motions.

It is so ordered:

DATED:__3/30/06__

                 JEREMY FOGEL
                 United States District Judge