**FILED**

MAY -9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00722-JF |
| Plaintiff, | ) [Proposed] |
| vs. | ) ORDER PERMITTING INTERNATIONAL TRAVEL AND TRAVEL OUTSIDE THE DISTRICT |
| SERGIO ENRIQUE FERREY-GOMEZ, | ) |
| Defendant. | ) |

Defendant SERGIO ENRIQUE FERREY-GOMEZ filed an application with the Court seeking an order permitting him to travel to and remain in the Republic of Nicaragua for business purposes and to travel to Seattle, Washington. Good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the Republic of Nicaragua from May 15, 2006 to June 14, 2006 on the following conditions:

(1) defendant is to deliver an itinerary to his Pretrial Services Officer;

(2) defendant is to call and check in with his Pretrial Services Officer once per week;

(3) upon his return, defendant must once again surrender his U.S. passport.

IT IS FURTHER ORDERED that defendant be permitted to travel to Seattle, Washington from June 16 to June 22, 2006.

DATED: May 9, 2006

_____
Honorable Richard Seeborg
Magistrate Judge, U.S. District Court

1