FILED

MAY -9 2006

RICHARD W. ...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00722-JF |
| Plaintiff, | [~~Proposed~~] AS<br>ORDER RELEASING DEFENDANT'S PASSPORT |
| vs. | |
| SERGIO ENRIQUE FERREY-GOMEZ, | |
| Defendant. | |

The Court previously approved defendant's request for an order allowing him to travel to the Republic of Nicaragua on condition that he deposit an additional $200,000 in bail. Defendant has complied with those conditions, returned to the United States and surrendered his passport. Pressing business matters once again require defendant to travel to Nicaragua and therefore, good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ's passport be released to defendant, his attorney or his designee. Upon his return to the United States, defendant must once again surrender his passport to his pretrial services officer.

DATED: May 9, 2006

_____
Honorable Richard Seeborg
Magistrate Judge, U.S. District Court

1