GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorney for Defendant
SERGIO ENRIQUE FERREY-GOMEZ

FILED
AUG -7 2006
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00722-JF |
| Plaintiff, | [Proposed] AS TRAVEL ORDER |
| vs. | |
| SERGIO ENRIQUE FERREY-GOMEZ, | |
| Defendant. | |

Defendant SERGIO ENRIQUE FERREY-GOMEZ filed an application with the Court seeking an order permitting him to travel to and remain in the Republic of Nicaragua for business purposes. Good cause appearing:

IT IS HEREBY ORDERED that the Clerk of the court release defendant's passport and that SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the Republic of Nicaragua from August 14, 2006 to October 2, 2006 on the following conditions:

1. defendant is to deliver an itinerary to his Pretrial Services Officer ;
2. defendant is to call and check in with his Pretrial Services Officer once per week;
3. upon his return, defendant must once again surrender his U.S. passport to the Clerk.

Dated: 8/7/06

_____
Honorable Richard Seeborg Magistrate Judge, U.S. District Court