**E-filed 8/9/06**

Garrick S. Lew
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103
(415) 575-3588
(415) 522-1506 [fax]

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGIO ENRIQUE FERREY-GOMEZ, ) <br> ) <br> Defendants. ) | No. CR 05-00722 JF <br><br> STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Wednesday, August 2, 2006 at 9:00 a.m. be vacated and rescheduled for Wednesday, October 4, 2006 at 9:00 a.m.  The parties further stipulate that the court may exclude the period of time from August 2, 2006 through and including October 4, 2006 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated:  August 1, 2006

/s/
_____
JOHN N. GLANG
Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 04-20072-JF**

Dated: August 1, 2006

/s/
_____
Garrick S. Lew
Attorney for Sergio Enrique Ferrey-Gomez

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for August 2, 2006 at 9:00 a.m., be vacated and rescheduled for Monday, October 4, 2006 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from August 2, 2006 through and including October 4, 2006 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to meet and confer regarding the stop and warrantless search of the vehicle driven by defendant and for the defense to finish review of substantial documentary discovery for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

It is so ordered.

Dated:    8/8/06

_____
JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 04-20072-JF**                                2