FILED

OCT -6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SERGIO ENRIQUE FERREY-GOMEZ,<br><br>　　　　　　Defendant. | CR 05-00722-JF<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENA DUCES TECUM PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c) |

FOR GOOD CAUSE SHOWN, pursuant to Federal Rule of Criminal Procedure 17(c), the Court hereby authorizes defendant SERGIO ENRIQUE FERREY-GOMEZ to issue the attached subpoena duces tecum in the above entitled case, to:

CUSTODIAN OF RECORDS, DALY CITY POLICE DEPARTMENT, 333 90th Street, Daly City, California 94015

CUSTODIAN OF RECORDS, SAN MATEO COUNTY SHERIFF'S OFFICE (Narcotics Task Force), 400 County Center 3rd Floor, Redwood City, California 94063

This Court finds that Mr. Ferrey-Gomez's application is made in good faith, that the documents and records sought by these subpoenas are not otherwise procurable prior to trial, in the exercise of due diligence, and that these documents and records are relevant and necessary in order for Mr. Ferrey-Gomez to adequately prepare for trial or pre-trial hearings.

1

1 | Defendant is to comply with Local Rule 17-2(e) regarding notice to opposing counsel.
2 |     IT IS SO ORDERED.

DATED: 10/6/06

_____
The Honorable Richard Seeborg
United States Magistrate Judge