**FILED**

OCT 16 2006

CLER... ...ING
NORTHER... ...URT
...IFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00722-JF |
| Plaintiff, ) | [~~Proposed~~] |
| ) | ORDER PERMITTING TRAVEL OUTSIDE |
| vs. ) | THE DISTRICT |
| ) | |
| SERGIO ENRIQUE FERREY-GOMEZ, ) | |
| ) | |
| Defendant. ) | |

Defendant SERGIO ENRIQUE FERREY-GOMEZ filed an application with the Court seeking an order permitting him to travel to and remain in the Republic of Nicaragua for business purposes on two occasions, to travel to Seattle, Washington, and to Reno, Nevada on several occasions. Good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the following locations on the following dates:

October 13-15, 2006 to Seattle, Washington

October 27-29, 2006 to Reno, Nevada

December 1 - December 4, 2006 to Reno, Nevada

This order is conditioned on the following:

    (1) defendant is to deliver an itinerary to his Pretrial Services Officer ;

    (2) defendant is to call and check in with his Pretrial Services on his return.

DATED: 10/16/2006

_____
Honorable Richard Seeborg
Magistrate Judge, U.S. District Court

1