*E-FILED 12/8/06*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00722-JF |
| | ) | |
| Plaintiff, | ) | ORDER RELEASING DEFENDANT'S |
| | ) | PASSPORT |
| vs. | ) | |
| | ) | |
| SERGIO ENRIQUE FERREY-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Court previously approved defendant's several prior requests for orders allowing him to travel to the Republic of Nicaragua on condition that he deposit an additional $200,000 in bail. Defendant has complied with those conditions and therefore, good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ's passport be released to defendant, his attorney or his designee.  Upon his return to the United States, defendant must once again surrender his passport to his pretrial services officer.

DATED: _12/8___, 2006

_____
Honorable Richard Seeborg
Magistrate Judge, U.S. District Court