1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff

\*\*E-filed 1/17/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00722-JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RESCHEDULING SUPPRESSION |
| | ) | HEARING AND EXCLUDING TIME |
| SERGIO ENRIQUE FERREY-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by the undersigned that the hearing on the defendant's motion to suppress evidence in this case, currently scheduled for Friday, January 12, 2007 at 1:30 p.m., be vacated at the request of the court and rescheduled for Friday, February 9, 2007 at 1:30 p.m.  The parties further stipulate that the court may exclude the period of time from January 12, 2007 through and including February 9, 2007 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

//

//

**STIPULATION AND ORDER RESCHEDULING SUPPRESSION HEARING DATE AND EXCLUDING TIME**
**CR 05-00722-JF**

1  It is so stipulated.

2  Dated: _1/11/07_____                  _____/S/_____
3                                              JOHN N. GLANG
                                                Assistant U.S. Attorney
4

5  Dated: __1/11/07_____                 _____/S/_____
                                                MATTHEW A. SIROKA
6                                               Attorney for Sergio Enrique Ferrey-Gomez

7

8                                    **ORDER**

9     Based upon the stipulation of the parties, it is hereby ordered that the hearing on the
10 defendant's motion to suppress evidence in this case, previously scheduled for January 12, 2007
11 at 1:30 p.m., be vacated and rescheduled for Friday, February 9, 2007 at 1:30 p.m.
12    Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
13 time from January 12, 2007 through and including February 9, 2007 from the computation of the
14 period of time within which the trial must commence.  The court FINDS that the ends of justice
15 served by the delay outweigh the best interest of the public and the defendant in a speedy trial.
16 The court bases this finding on the "delay resulting from any pretrial motion, from the filing of
17 the motion through the conclusion of the hearing on, or other prompt disposition of, such
18 motion", within the meaning of 18 U.S.C. Section 3161(h)(1)(F).

19 It is so ordered:
20 Dated: ___1/17/07_____                    _____
21                                              JEREMY FOGEL
                                                United States District Judge

**STIPULATION AND ORDER RESCHEDULING SUPPRESSION HEARING DATE AND EXCLUDING TIME**
**CR 05-00722-JF**                                2