

FILED
APR -4 2007
R. WIEKING
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00722-JF |
| Plaintiff, | AS [Proposed] ORDER PERMITTING INTERNATIONAL TRAVEL |
| vs. | |
| SERGIO ENRIQUE FERREY-GOMEZ, | |
| Defendant. | |

Defendant SERGIO ENRIQUE FERREY-GOMEZ filed an application with the Court seeking an order permitting him to travel to and remain in the Republic of Nicaragua for business from April 13, 2007 through June 15, 2007.

Good cause appearing, IT IS HEREBY ORDERED that defendant SERGIO ENRIQUE FERREY-GOMEZ be permitted to travel to and remain in the Republic of Nicaragua from April 13, 2007 through June 15, 2007.

IT IS FURTHERED ORDERED that the Clerk of the Court release defendant's passport to defendant on April 13, 2007. Upon his return to the United States, defendant must once again surrender his passport to his pretrial services officer unless in the interim the case has been dismissed.

DATED: April 4, 2007

_____
Honorable Richard Seeborg
Magistrate Judge, U.S. District Court

1