**E-filed 4/17/07**

1  GARRICK S. LEW (State Bar No. 61889)
   LAW OFFICE OF GARRICK S. LEW
2  600 Townsend Street Suite 329 E
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:  (415) 522-1506
4
   Attorneys for Defendant
5  SERGIO ENRIQUE FERREY-GOMEZ

6

7

8
                   UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )
                                       )   CR 05-00722-JF
12                   Plaintiff,        )
                                       )   **STIPULATION AND [PROPOSED] ORDER
13       vs.                           )   FOR CONTINUANCE**
                                       )
14  SERGIO ENRIQUE FERREY-GOMEZ,       )
                                       )
15                   Defendant.        )
    _____    )
16

17       The United States, through its counsel John Glang, and defendant Sergio Enrique Ferrey-Gomez,

18  through his counsel Garrick S. Lew, hereby agree and stipulate to continue the status conference in this

19  case scheduled for April 18, 2007, 9:00 a.m. to the new date of May 2, 2007, at 9:00 a.m. for case status

20  and motion setting. The parties have spoken and agreed and request that the Court vacate the April 18,

21  2007 case status hearing and continue defendant's hearing to May 2, 2007, at 9:00 a.m. for case status.

22       SO STIPULATED.

23
    April 16, 2007
24                                          _____/s/_____
                                            GARRICK LEW
25                                          Counsel for Sergio Enrique Ferrey-Gomez

26
    April 16, 2007
27                                          _____
                                            GARY FRY
28                                          Assistant United States Attorney

                                        1

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for April 18, 2007, at 9:00 a.m. be vacated and that the parties appear on May 2, 2007 at 9:00 a.m. for the status hearing in this case.

It is so ordered.


DATED:__4/27/07____

_____
JEREMY FOGEL
United States District Judge

2