SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

FILED
APR 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> SERGIO ENRIQUE FERREY-GOMEZ, <br>     Defendant. | No. CR 05-00722-JF <br><br> NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Sergio Enrique Ferrey-Gomez

DATED: April 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

        /S/
GARTH HIRE
Chief, Narcotics Unit

NOTICE OF DISMISSAL - CR 05-00722-JF

1 | Leave of Court is granted to the government to dismiss that indictment without prejudice as to
2 | defendant Sergio Enrique Ferrey-Gomez.

Date: 4-30-07

JEREMY FOGEL
United States District Judge

NOTICE OF DISMISSAL - 7-99-133-WLG     2